**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 525 EAL 2016

                                :

            Respondent   :   Petition for Allowance of Appeal from

                                :   the Order of the Superior Court

                                :

            v.                    :

                                :

                                :

ALLEN SPEARMAN,              :

                                :

           Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 18th day of April, 2017, the Petition for Allowance of Appeal is **DENIED**.